UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES A. DALY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:22-CV-00259-JAR ) ) |
| CITY OF DE SOTO, MISSOURI, and JEFF MCCREARY, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that summary judgment is entered in favor of the Defendant City of De Soto and against Plaintiff James Daly.

Dated this 8th day of September 2023.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE