IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

**JAMES A. DALY,**

    **Plaintiff,**

**vs.**                                                **Case No. 4:22-cv-00259**

**CITY OF DE SOTO, MISSOURI and**
**JEFF MCCREARY,**

    **Defendants.**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff James A. Daly appeals to the United States Court of Appeals for the Eighth Circuit from the Memorandum and Order entered on the 7th day of September 2023 and the final judgment entered in this action on the 8th day of September 2023.

                                              Respectfully Submitted,

                                              /s/ Albert F. Kuhl
                                              Albert F. Kuhl, MO #42504
                                              LAW OFFICE OF ALBERT F. KUHL
                                              9393 W. 110th St., Suite 500
                                              Overland Park, KS 66210
                                              Tel: 913.638.8022
                                              Fax: 913.733-3185
                                              Email: Al@KCjoblawyer.com
                                              ATTORNEY FOR PLAINTIFF

Certificate of Service

       I hereby certify that a true and correct copy of the foregoing was served upon counsel for defendants, as identified below, via the courts electronic filing system on October 4, 2023:

/s/ Christine A. Vaporean
Christine A. Vaporean
800 Market Street, Suite 1100
St. Louis, Missouri 63101-2501
314-421-3400; 314-242-5337 (direct dial)
314-421-3128; 314-242-5537 (direct fax)
cvaporean@bjpc.com
ATTORNEY FOR DEFENDANTS


/s/ Albert F. Kuhl