US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** Daly v. City of De Soto, Missouri et al

**USCA#:**

**Case Number:** 4:22-CV-00259-JAR

**Plaintiff:** JAMES A DALY

**Defendant:** CITY OF DE SOTO, MISSOURI, et al.

**Attorney:**
Albert F. Kuhl (for pla)
9393 W. 110th St., Bldg. 51
Suite 500
Overland Park, KS  66210
Ph:  913-638-8022   Fax:  913-327-8492
Email:  al@kcjoblawyer.com

**Attorney:**
Zachary M. Brand (for dft)
Bank of America Plaza
800 Market Street, Suite 1100
St. Louis, MO  63101
Ph:  314-231-3332   Fax:
Email:  zbrand@sandbergphoenix.com

Christine A. Vaporean (for dft)
Bank of America Plaza
800 Market Street, Suite 1100
St. Louis, MO  63101
Ph:  314-242-5337   Fax:  314-242-5537
Email:  cvaporean@bjpc.com

**Court Reporter(s):** None

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: Jason Dockery at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | PAID | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?:  No    Where:

**Please list all other defendants in this case if there were multiple defendants:**